

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| TEXAS DEPARTMENT OF TRANSPORTATION A/K/A TXDOT, | § | No. 08-15-00045-CV |
| Appellant, | § | Appeal from |
| v. | § | 448th District Court |
| MARTINA JACKSON, INDIVIDUALLY AND ON BEHALF OF HER HUSBAND, KEITH JACKSON, DECEASED, AND CARLY ROSE JACKSON, AND LARA MARIE JACKSON, | § § | of El Paso County, Texas (TC # 2009-4329) |
| Appellees. | § | |

## J U D G M E N T

This Court has considered this cause on the record and concludes that there was error in the judgment. We therefore reverse the judgment of the court below and render judgment in favor of Appellant. We further order that the Appellant recover from Appellees all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 15TH DAY OF FEBRUARY, 2017.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
Hughes, J., not participating